UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
Case No. 10-60200-CIV-GRAHAM/TORRES

CINDY ANN SIMON, an individual,

    Plaintiff,

vs.

EQUIFAX INFORMATION SERVICES,
LLC., and EXPERIAN INFORMATION
SOLUTIONS, INC., and
TRANSUNION, LLC., and BANK OF
AMERICA, N.A.,

    Defendants.
_____/

## ORDER OF RECUSAL

**THE UNDERSIGNED DISTRICT JUDGE**, to whom the above-styled case has been assigned, hereby recuses himself and refers the case to the Clerk of Court for reassignment pursuant to **28 U.S.C. § 455** and **Local Rule 3.6**.

**IT IS FURTHER ORDERED AND ADJUDGED** that the Magistrate Judge shall be reassigned in accordance with the current Magistrate Judge Pairing Assignment Plan.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 9th day of February, 2010.

DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

In accordance with the Local Rules for the Southern Distric of Florida, providing for the random and equal allotment of cases,

this cause is hereby reassigned to the calendar of United States District Judge  *Adalberto Jordan*  and Magistrate Judge *Chris M McAliley*.

Copies of this order shall be served on all pending parties of record. All documents for filing in this case shall carry the following case number and designation: *10-60200-CIV-Jordan*.

BY ORDER of the Court this *11* day of *February*, 2010.

STEVEN M. LARIMORE
Court Administrator

By: _____
Deputy Clerk

cc: Lucy Lara, Case Assignment Clerk
    All Counsel of Record