UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO. 0:10-CV-60200-AJ

| | |
|---|---|
| CINDY ANN SIMON, an individual, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| EQUIFAX INFORMATION SERVICES, LLC, | ) |
| EXPERIAN INFORMATION SOLUTIONS, | ) |
| INC., TRANSUNION, LLC, and BANK OF | ) |
| AMERICA, N.A. | ) |
| | ) |
| Defendants. | ) |

**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.**

The undersigned, counsel of record for Experian Information Solutions, Inc., ("Experian") hereby certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. This certification is made to enable the Court to evaluate possible disqualification or recusal:

1. Parent Companies: The ultimate parent company of Experian is Experian plc.

2. Subsidiaries Not Wholly Owned: The following companies are the US-based subsidiaries of Experian plc that are not wholly owned:

    a. First American Real Estate Solutions, LLC

    b. First American Real Estate Solutions II, LLC

    c. Vehicle Title, LLC

    d. Central Source LLC

    e. Online Data Exchange LLC

ATI-2414116v1

- 2 -

        f.      New Management Services LLC

        g.      VantageScore Solutions LLC

        h.      Opt-Out Services LLC

3.    Publicly Held Companies:  Experian plc owns 100 percent of Experian.  Experian plc is a Jersey, Channel Islands company which is publicly traded on the London Stock Exchange.

Dated: March 9, 2010

Respectfully submitted,

/s/ Maria H. Ruiz_____
Maria H. Ruiz
Florida Bar No. 182923
MRuiz@kasowitz.com
KASOWITZ BENSON TORRES &
FRIEDMAN LLP
1441 Brickell Avenue
Suite 1420
Miami, FL  33131
Telephone: (786) 587-1044
Facsimile: (305) 675-2601

*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

- 3 -

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of March 2010, I caused the foregoing to be electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

| | |
|---|---|
| Michael W. Gomez, Esq.<br>Law Offices of Michael W. Gomez, P.A.<br>1930 Tyler Street<br>Hollywood, FL  33020<br>mwg43338@aol.com<br>Telephone:  (954) 921-7676<br>Facsimile:  (954) 925-7816<br><br>ATTORNEY FOR PLAINTIFF | Franklin Gordon Cosmen, Jr., Esq.<br>FOWLER WHITE BURNETT<br>1395 Brickell Avenue<br>14th Floor<br>Miami, FL  33131-3302<br>fcosmen@fowler-white.com<br>Telephone:  (305) 789-9200<br>Facsimile:  (305) 789-9201<br><br>ATTORNEY FOR DEFENDANT<br>TRANSUNION LLC<br><br>Samantha Rae Powers, Esq.<br>FOLEY & LARDNER<br>111 N. Orange Avenue<br>Suite 1800<br>P.O. Box 2193<br>Orlando, FL  32801-2193<br>spowers@foley.com<br>Telephone:  (407) 423-7656<br>Facsimile:  (407) 648-1743<br><br>ATTORNEYS FOR DEFENDANT<br>BANK OF AMERICA, N.A. |

/s/ Maria H. Ruiz
Maria H. Ruiz
Florida Bar No. 182923
mruiz@kasowitz.com