**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FT. LAUDERDALE DIVISION**

**CASE NO. 0:10-CV-60200-AJ**

| | |
|---|---|
| CINDY ANN SIMON, an individual, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| EQUIFAX INFORMATION SERVICES, LLC, | ) |
| EXPERIAN INFORMATION SOLUTIONS, | ) |
| INC., TRANSUNION, LLC, and FIA CARD | ) |
| SERVICES, N.A., | ) |
| | ) |
|     Defendants. | ) |

**JOINT PROPOSED SCHEDULING REPORT**

The undersigned attorneys,[1] pursuant to Local Rule 16.1, submit this Joint Proposed

Scheduling Report:

    a.   At this time, it is too early to predict the likelihood of settlement.

    b.   There appears to be no likelihood of an appearance by any additional party at this

       time.

    c.   Regarding proposed limits on time for discovery:

    (1) The parties shall have until May 13, 2010, to serve initial disclosures;

    (2) The parties shall have until June 15, 2010, to file motions to join other parties

    or amend pleadings;

    (3) The parties shall have until October 29, 2010, to complete all discovery;

---

[1] This report is filed on behalf of Plaintiff, Experian Information Solutions, Inc., and Trans Union LLC by Maria H. Ruiz, counsel for Experian Information Solutions, Inc., with consent.  Plaintiff's counsel represented that Plaintiff has settled with FIA Card Services, N.A., and its counsel was, therefore, not included in the Joint Scheduling Conference.

NavigationHeader

(4) The parties shall have until the close of discovery to file all motions to compel;

(5) Defendant Trans Union requests that there shall be no limit to the number of depositions on written questions.  The parties do not anticipate a need to vary from the Local Rules and the Federal Rules of Civil Procedure with respect to other discovery limitations;

(6) The Plaintiff shall have until July 15, 2010, to serve expert witness disclosures, which shall include dates on which the expert is available for deposition;

(7) The Defendants shall have until August 16, 2010, to serve expert disclosures, which shall include dates on which the expert is available for deposition;

(8) The parties shall have until October 29, 2010, to depose all experts;

(9) The parties shall have until December 1, 2010, to file all dispositive motions.

d.  Regarding proposed limits on time for pre-trial filings, pre-trial conference, and trial:

(1) The parties shall exchange lists containing the names and addresses of all fact witnesses intended to be called at trial by January 10, 2011;

(2) The parties request that the pretrial conference be held no earlier than March 1, 2011;

(3) The parties request that the trial be held no earlier than March 14, 2011;

(4) The parties anticipate that trial will take no longer than four (4) days;

(5) The Plaintiff has requested a jury trial;

e.  The parties suggest a mediation deadline of July 30, 2010.

f.  The parties may attempt to dispose of some or all of the claims or defenses through motions to dismiss, motion on the pleadings, and/or motions for summary

ATI-2420968v1

- 3 -

judgment, though it is uncertain at the moment whether and to what extent this will occur.

g.  It is not anticipated that there will be any further amendments to pleadings.

h.  The possibility of obtaining admissions of fact and documents to avoid unnecessary proof, stipulations of authenticity and evidentiary rulings will be determined by discovery.

i.  At this time, the parties do not believe that there will be any unnecessary proof or cumulative evidence.

j.  The parties will, if appropriate, refer non-dispositive motions and discovery matters to the Magistrate Judge, but do not consent to trial by the Magistrate Judge, nor to the disposition of dispositive pre-trial motions by the Magistrate Judge.

k.  The parties believe that all matters relating to the requirement of Local Rule 16.1 have been addressed at this time.

Dated:  May 3, 2010

                                        Respectfully submitted,


                                        /s/ Michael Gomez _____
                                        Michael Gomez
                                        FBN 00043338
                                        Law Offices of Michael Gomez, P.A.
                                        1930 Tyler Street
                                        Hollywood, FL 33020
                                        954-921-7676
                                        954-925-7816 fax
                                        **Counsel for Plaintiff**

ATI-2420968v1

- 4 -

/s/ Maria H. Ruiz
Maria Ruiz, Esq.
FBN 182923
Kasowitz Benson Torres & Friedman LLP
1441 Brickell Avenue, Suite 1420
Miami, FL 33131
(305) 377-1666
(305) 377-1664 fax
***Counsel for Experian Information Solutions, Inc.***

/s/ Franklin G. Cosmen
Franklin G. Cosmen
FBN 0089214
Fowler White Burnett PA
Espirito Santo Plaza
1395 Brickell Avenue, 14th Floor
Miami, FL 33131-3302
305-789-9229
305-789-9201 fax
***Counsel for Trans Union LLC***

- 4 -

- 5 -

## CERTIFICATE OF SERVICE

I hereby certify that on May 3, 2010, I electronically filed the forgoing document with the

Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this

day on all counsel of record via transmission of Notices of Electronic Filing generated by

CM/ECF.


/s/ Maria H. Ruiz_____

ATI-2420968v1